# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br>v.<br><br>COUNTY OF MILWAUKEE, DAVID A. CLARKE, JR., XAVIER D. THICKLEN, and JOHN/JANE DOE,<br><br>      Defendants. | Case No. 14-CV-200-JPS<br><br>**ORDER** |

On May 31, 2017, Plaintiff requested that the Court order certain arrangements for her upcoming appearance at trial. (Docket #242). The Court will grant her requests.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion relating to her trial appearance (Docket #242) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff is permitted to:

1. Wear civilian clothing for her appearances in court for the duration of the trial. Plaintiff's counsel will provide appropriate clothing; and

2. Appear without any restraints or handcuffs while in the presence of the jury in the courtroom for the duration of the trial.

**IT IS FURTHER ORDERED** that Plaintiff's motion to seal (Docket #241) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge