# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br>v.<br><br>COUNTY OF MILWAUKEE, DAVID A. CLARKE, JR., XAVIER D. THICKLEN, and JOHN/JANE DOE,<br><br>                Defendants. | Case No. 14-CV-200-JPS<br><br>**ORDER** |

On June 1, 2017, Plaintiff requested that the Court permit her to bring certain exhibits to the upcoming trial which might not otherwise be permitted in the courthouse—various forms of metal restraints. (Docket #244). The Court will grant her request.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion regarding allowing certain trial exhibits into the courthouse (Docket #244) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's attorneys are permitted to bring a set of physical restraints, generally consisting of a metal pair of handcuffs, metal belly chain, and metal leg-irons, into the Milwaukee Federal Courthouse for the purpose of using the restraints as an exhibit at the trial in the above-captioned matter, scheduled to commence on Monday, June 5, 2017.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge