# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHONDA MARTIN,

          Plaintiff,

v.

COUNTY OF MILWAUKEE, and
XAVIER D. THICKLEN,

          Defendants.

Case No. 14-CV-200-JPS

**ORDER**

    On June 7, 2017, the jury returned a verdict in this matter in favor of Plaintiff. (Docket #259). On June 15, 2017, Defendant County of Milwaukee requested leave to contact members of the jury for purposes of obtaining feedback on their trial presentation. (Docket #262). While the Court appreciates counsels' desire to learn about their performance, the Court believes it is most prudent at this stage of the case to continue the general prohibition on juror contact. *See* Gen. L. R. 47(c). The motion will be denied.

    Accordingly,

    **IT IS ORDERED** that Defendant County of Milwaukee's motion for leave to contact jurors (Docket #262) be and the same is hereby **DENIED**.

    Dated at Milwaukee, Wisconsin, this 16th day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge