# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHONDA MARTIN,

          Plaintiff,

v.

COUNTY OF MILWAUKEE and
XAVIER D. THICKLEN,

          Defendants.

Case No. 14-CV-200-JPS

**ORDER**

On September 28, 2017, the Court entered judgment in favor of Plaintiff. (Docket #295). The next day, Plaintiff filed a motion to amend the judgment. (Docket #296). Plaintiff's motion pointed out that the Court had inadvertently neglected to formally rule in her favor on Count Four of her First Amended Complaint, which asserted a right of indemnification against Defendant County of Milwaukee for the actions of Defendant Xavier D. Thicklen ("Thicklen"). (Docket #104 at 18). She is entitled to judgment on this claim by operation of Wis. Stat. § 895.46, which provides for indemnification by public entities for actions taken by their employees within the scope of their employment. The jury expressly found that Thicklen had acted within the scope of his employment when he sexually assaulted Plaintiff. (Docket #259 at 3). The Court will now correct its oversight, grant Plaintiff's motion, and amend the judgment. The amended judgment shall be issued *nunc pro tunc* to September 28, 2017.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to amend the Court's September 28, 2017 judgment (Docket #296) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter an amended judgment in accordance with the jury verdict of June 7, 2017 (Docket #259), to specifically include judgment in Plaintiff's favor on Plaintiff's indemnification claim stated in Count Four of her First Amended Complaint, *nunc pro tunc* to September 28, 2017.

Dated at Milwaukee, Wisconsin, this 12th day of October, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge